IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARRETT HENDERSON**                                                                **PLAINTIFF**
**#259317**

**V.**                           **Case No. 4:24-CV-00631-LPR**

**ERIC HIGGINS, Pulaski County Sheriff, Pulaski County Regional Detention; NELSON, Jail Administrator, Pulaski County Regional Detention; and BARRY HYDE, Quorum Court Judge, Pulaski County Quorum Court**        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 4). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) is hereby DISMISSED without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE